IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Beckless, Ferman M | Case Number: 07 B 22818 |
| | Judge: Hollis, Pamela S |
| Printed: 7/1/08 | Filed: 12/5/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: May 19, 2008
Confirmed: February 4, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 1,656.00 | |
| Secured: | | 200.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,353.09 |
| Trustee Fee: | | 102.91 |
| Other Funds: | | 0.00 |
| Totals: | 1,656.00 | 1,656.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 3,464.00 | 1,353.09 |
| 2. | Credit Acceptance Corp | Secured | 3,310.52 | 200.00 |
| 3. | Illinois Dept Of Healthcare And Family | Priority | 126,774.28 | 0.00 |
| 4. | Internal Revenue Service | Priority | 11,128.38 | 0.00 |
| 5. | Dakota State Bank | Unsecured | 13.60 | 0.00 |
| 6. | America's Financial Choice Inc | Unsecured | 92.66 | 0.00 |
| 7. | Asset Acceptance | Unsecured | 29.82 | 0.00 |
| 8. | Asset Acceptance | Unsecured | 449.93 | 0.00 |
| 9. | Stuart Allen & Associates | Unsecured | 84.93 | 0.00 |
| 10. | RMI/MCSI | Unsecured | 125.00 | 0.00 |
| 11. | Stuart Allen & Associates | Unsecured | 131.37 | 0.00 |
| 12. | Jefferson Capital Systems LLC | Unsecured | 59.06 | 0.00 |
| 13. | Jefferson Capital Systems LLC | Unsecured | 23.20 | 0.00 |
| 14. | Premier Bankcard | Unsecured | 41.13 | 0.00 |
| 15. | Capital One | Unsecured | 110.20 | 0.00 |
| 16. | Internal Revenue Service | Unsecured | 518.83 | 0.00 |
| 17. | Portfolio Recovery Associates | Unsecured | 20.40 | 0.00 |
| 18. | Portfolio Recovery Associates | Unsecured | 82.67 | 0.00 |
| 19. | Midland Credit Management | Unsecured | 49.34 | 0.00 |
| 20. | Jefferson Capital Systems LLC | Unsecured | 37.95 | 0.00 |
| 21. | B-Real LLC | Unsecured | 15.50 | 0.00 |
| 22. | City Of Chicago Dept Of Revenue | Unsecured | 452.50 | 0.00 |
| 23. | Jefferson Capital Systems LLC | Unsecured | 33.19 | 0.00 |
| 24. | First Global | Unsecured | | No Claim Filed |
| 25. | Illinois Dept Of Healthcare And Family | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Beckless, Ferman M | Case Number: 07 B 22818 |
|---|---|
| | Judge: Hollis, Pamela S |
| Printed: 7/1/08 | Filed: 12/5/07 |

| | | | | |
|---|---|---|---|---|
| 26. | Illinois Dept Of Healthcare And Family | Unsecured | | No Claim Filed |
| 27. | Acme Credit Services | Unsecured | | No Claim Filed |
| 28. | Aargon Collection Agency | Unsecured | | No Claim Filed |
| 29. | Allied Interstate Inc | Unsecured | | No Claim Filed |
| 30. | Allied International Credit | Unsecured | | No Claim Filed |
| 31. | American Collection Corp | Unsecured | | No Claim Filed |
| 32. | Cbe Group | Unsecured | | No Claim Filed |
| 33. | Cbe Group | Unsecured | | No Claim Filed |
| 34. | Credit Management Service | Unsecured | | No Claim Filed |
| 35. | Cbe Group | Unsecured | | No Claim Filed |
| 36. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 37. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 38. | Professional Account Management | Unsecured | | No Claim Filed |
| 39. | Riddled Assoc P C | Unsecured | | No Claim Filed |
| 40. | Sterling & King | Unsecured | | No Claim Filed |
| | | | $ 147,048.46 | $ 1,553.09 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 23.22 |
| 6.5% | 79.69 |
| | $ 102.91 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

